IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VICTOR KEITH WILSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0373

Opinion filed March 16, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Victor Keith Wilson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus is dismissed. See Logan v. State, 846 So. 2d 472 (Fla. 2003).

RAY, BILBREY, and JAY, JJ., CONCUR.